IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GOKSEL SECILMIS,<br>      *Plaintiff*<br><br>-vs-<br><br>SPIRE RECOVERY SOLUTIONS, LLC,<br>      *Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-24-CV-00025-XR |

## SETTLEMENT ORDER

Plaintiff has informed the Court that the parties have reached a settlement in this matter. ECF No. 7. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, and **ORDERS** the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **April 9, 2024**. *See* FED. R. CIV. P. 41. **Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.**

It is so **ORDERED**.

**SIGNED** this 9th day of February, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE